

# OFFICE OF THE ATTORNEY GENERAL OF TEXAS

## AUSTIN

GERALD C. MANN
ATTORNEY GENERAL

February 7, 1939

Hon. E. H. Griffin
County Attorney
Young County
Graham, Texas

Dear Sir:

Opinion No. O-200
Re: Authority of Commissioners' Court
to employ outside attorney in
criminal cases.

Your letter of January 23rd has been received by this Department wherein you seek an opinion as to whether or not the Commissioners' Court can legally appropriate money for employing an outside attorney to assist in prosecuting a criminal case.

Permit us to call your attention to Article 25 of the Code of Criminal Procedure, State of Texas, Revised of 1925, which article reads:

"Each district attorney shall represent the State in all criminal cases in the district courts of his district, except in cases where he has been, before his election, employed adversely. When any criminal proceeding is had before an examining court in his district or before a judge upon habeas corpus, and he is notified of the same, and is at the time within the county where such proceeding is had, he shall represent the State therein, unless prevented by other official duties."

The Commissioners' Court can exercise only such powers as the Constitution or the Legislature specifically

confers upon them, Constitution, Article 5, Sec. 18; Landman vs. State (Court of Civil Appeals) 97 SW (2d) 264-writ of error refused; Bland vs. Orr, 90 Tex. 492, 39 SW 558; Mills vs. Lampasas County, 90 Tex. 903, 40 SW 403.

We respectfully advise that we are unable to find any authority which would permit the Commissioners' Court to appropriate money in hiring an outside attorney to assist the District Attorney in the performance of such duties and it is, therefore, the opinion of this Department that such action on the part of the Commissioners' Court would not be authorized.

Very truly yours

ATTORNEY GENERAL OF TEXAS
(signed)
Wm. J. R. King

By

Assistant

WmK:AW

APPROVED:
(Signed)
Gerald C. Mann

ATTORNEY GENERAL OF TEXAS